UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIXON BOURGUIGNON,<br><br>                             Petitioner. | 20-CV-1834 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 26, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that the action is dismissed. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Petitioner and note service on the docket.

SO ORDERED.

Dated:   June 26, 2020
         New York, New York

                                                    _____
                                                           COLLEEN McMAHON
                                                    Chief United States District Judge